**Joseph R. Manning, Jr., Esq. (State Bar No. 223381)**

**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff SUZANNE NA PIER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ISABEL, INC., a California corporation; LINDA BASS, individually and as trustee of the BASS TRUST AGREEMENT, DATED JUNE 1, 1998; LESLIE ARENSON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-02135-JLS-DFM<br><br>Honorable Josephine L. Staton<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Hearing Date: February 5, 2021 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE Plaintiff Suzanne Na Pier requests this Court to take judicial notice of the following matters or materials set forth below, pursuant to Federal Rules of Evidence, Rule 201, in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

Under Fed. R. Evid., Rule 201(d), judicial notice is mandatory "if requested by a party and [the court is] supplied with the necessary information." Fed. R. Evid., Rule 201(b) further provides that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Accordingly, a "court may take judicial notice of matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. Cal. 2001). The Court may therefore take judicial notice of the recorded documents attached as follows:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Order Denying Motion to Dismiss admonishing Counsel for Defendant for "unnecessary motions" in *Fernandez v. Hagopian, et al.*, Case No. 2:20-cv-05471, (C.D. Cal.) (October 22, 2020).

2. Attached hereto as **Exhibit 2** is a true and correct copy of the Order Denying Motion to Dismiss in *Whitaker v. Farm-to-Table Eats, Inc.*, Case No. 2:20-cv-01899-AB-AS (C.D. Cal.) (August 24, 2020).

3. Attached hereto as **Exhibit 3** is a true and correct copy of the Order Denying Motion to Dismiss in *Bouyer v. Lavi, et al.*, Case No. 2:20-cv-04764-SB-AS (C.D. Cal.) (August 27, 2020).

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Order Denying Motion to Dismiss in *Bouyer v. Mushmel, et al.*, Case No. 2:20-cv-04571-DMG-MRW (C.D. Cal.) (August 11, 2020).

Dated: January 14, 2021        **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff