

# Guide to the ADA Standards Chapters 1 - 5

# Guide to the ADA Standards

## CONTENTS

**About this Guide** ……………………………………………………….i

### Chapter 1: Application and Administration

- Using the ADA Standards …………………………………… 1

### Chapter 2: Scoping Requirements

- New Construction ……………………………………….…… 14
- Alterations and Additions …………………………………... 30

### Chapter 3: Building Blocks

- Floor and Ground Surfaces ………………………………… 41
- Clear Floor or Ground Space and Turning Space ……….. 47
- Protruding Objects …………………………………………… 58
- Operable Parts ……………………………………………….. 65

### Chapter 4: Accessible Routes

- Accessible Routes…………………………………………… 76
- Entrances, Doors, and Gates ………………………………93
- Ramps and Curb Ramps …………………………………… 114
- Elevators and Platform Lifts ………………………………… 133
- Accessible Means of Egress………………………………… 152

### Chapter 5: General Site and Building Elements

- Parking Spaces ……………………………………………… 171
- Passenger Loading Zones ………………………………….. 190
- Stairways ……………………………………………………… 195

**[Upcoming: Guides covering Chapters 6 – 10]**

**Built-Up Curb Ramps**

Built-up curb ramps are permitted, but they cannot project in parking spaces, access aisles, or vehicle traffic lanes.  A top landing at least 36" deep is required at all built-up curb ramps.



**Built-Up Curb Ramp with Side Flares**

*Side flares can be provided to prevent tripping hazards. Edge protection is not specified for curb ramps.*

*Recommendation: Provide edge protection along the sides of built-up curb ramps to prevent tipping hazards. Otherwise, consider a wider ramp width (48" min.) so that maneuvering does not occur near drop-offs.*

**Parallel Curb Ramps**

Curb ramps can be oriented parallel to sidewalks.  This design provides an option where limited space precludes a top landing.  A level landing 48" long minimum (60" preferred) accommodates maneuvering between runs and right-angle turns to connecting routes, such as parking access aisles and crossings.



# About this Guide

This guide explains requirements in the current editions of the ADA Standards issued by the Department of Justice (DOJ) and the Department of Transportation (DOT). It was developed by the U.S. Access Board in cooperation with DOJ and DOT. It is important to use this guide along with a complete copy of the ADA Standards as it explains, but does not contain or reprint, the text of the ADA Standards.

DOJ updated its ADA Standards in 2010, which are referred to as the *2010 ADA Standards for Accessible Design.* These standards, which replace the original ADA Standards DOJ issued in 1991, became mandatory for newly constructed and altered facilities as of March 15, 2012. DOJ's ADA Standards apply to all facilities covered by the ADA except public transit facilities.

DOT issued its current edition of the ADA Standards in 2006. These standards apply to facilities used by state and local governments to provide public transportation. They became effective on November 29, 2006 and replace earlier standards issued by DOT in 1991.

The current DOJ and DOT ADA Standards are very similar as both documents are closely based on the Access Board's ADA Accessibility Guidelines (2004). This guide explains requirements of both standards, which are jointly referred to as the "ADA Standards" or "the standards." Most provisions of each standard are identical and discussed in this guide without distinction. Both standards contain several unique provisions not found in the other. In these limited areas, the guide notes the differences and explains how they are to be applied. This guide does not cover requirements of the original 1991 ADA Standards issued by DOJ or DOT.

In addition to explaining the requirements of the standards, this guide also provides clearly labeled recommendations for best practices that exceed the minimum requirements and are thus optional to follow. In addition, the guide provides links to other federal accessibility requirements that may also apply to entities covered by the ADA.

This guide is in the public domain, and users are free to distribute and share its content or to disseminate copies. Questions or comments on the guide should be directed to the Access Board at ta@access-board.gov, (800) 872-2253 (voice), or (800) 993-2822 (TTY).

# Using the ADA Standards



The design standards issued under the Americans with Disabilities Act (ADA) by the Department of Justice and the Department of Transportation are used to ensure access to the built environment for people with disabilities.  The ADA Standards apply nationwide, in addition to any applicable state or local codes, where facilities are newly built or altered.  Most facilities in the public and private sectors are covered by the ADA.

## Facilities Covered by the ADA

### State and Local Government Facilities

Units of government at the state, county, and local levels are subject to the ADA and must comply with the ADA Standards in new construction and alterations.  All types of public facilities are covered, including schools, hospitals, public housing, courthouses, and prisons.  Federal facilities are not covered by the ADA, but by an earlier law, the Architectural Barriers Act (ABA) and must meet separate, though very similar, standards.



### Places of Public Accommodation and Commercial Facilities

In the private sector, the ADA Standards apply to places of public accommodation and commercial facilities.  Places of public accommodation are facilities that affect commerce and that fall within twelve categories listed in the statute, including stores and shops, restaurants and bars, sales or rental establishments, service establishments, theaters, places of lodging, recreation facilities, assembly areas, private museums, places of education, and others.  Nearly all types of private businesses that serve the public are included in the twelve categories, regardless of size. Commercial facilities include office buildings, factories, warehouses, manufacturing plants, and other facilities whose operations affect commerce.



### Transportation Facilities

Bus stops and stations, rail stations, and other transportation facilities are required to be accessible by the ADA.  The ADA also establishes standards for transportation vehicles, including buses, vans, and rail cars (which are not discussed in this guide).



### Exemptions (Religious Entities and Private Clubs)

The ADA does not apply to religious organizations and private clubs, entities which historically have been exempt from federal civil rights laws.  Places of worship and other facilities controlled by a religious organization, such as a school or day care center, are not subject to the ADA Standards.  Private clubs may be similarly exempt depending on their exclusiveness, operations, and other factors.  Facilities not subject to the ADA Standards may still be subject to state or local access codes.