Ara Sahelian, Esq., [CBN 169257]
SAHELIAN LAW OFFICES
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
949. 859. 9200
e-mail: sahelianlaw@me.com
Attorneys for Isabel, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(Southern Division - Santa Ana)**

Suzanne Na Pier,

Plaintiff,

vs.

Isabel, Inc.; Linda Bass;

Leslie Arenson,

Defendants.

.

CASE NO.: 8:20-cv-02135-JLS-DFM

The Honorable Josephine L. Staton
Courtroom 10A

**EXHIBITS TO MOTION TO DISMISS**

Complaint Filed:11/5/20
Hearing Date: 2/5/2021
Time: 10:30 AM

**EXHIBITS TO MOTION TO DISMISS**

EXHIBIT C: Appeal on Motion to Dismiss (Filed by Defendants, represented by Sahelian Law Offices) Reversed in Part and Affirmed on Alternate Grounds: *Whitaker v. Body, Art, and Soul Tattoos* (Appeal in the 9th Cir.), Case Number: 20-55228, January 25, 2021). Hon. PARKER, Hon. CHRISTEN, and Hon. WATFORD

EXHIBIT D: First Amended Complaint (Filed by Plaintiff, Represented by the Potter Handy) In Response to a Motion to Dismiss (filed by Sahelian Law Offices); Matter: *Fernandez v. Hagopian*, Case Number: 2:20-cv-05471-AB-JPR, United States District Court, Central District of California, The Honorable Andre Birotte Jr.

EXHIBIT E: First Amended Complaint (Filed by Plaintiff, Represented by the Manning Firm) In Response to a Motion to Dismiss (filed by Sahelian Law Offices): *Bouyer v Malkhasian*, Case Number: 2:20-cv-06639-RGK-PD, United States District Court, Central District of California, The Honorable R. Gary Klausner

EXHIBIT F: First Amended Complaint (Filed by Plaintiff Represented by the Manning Firm) In Response to a Motion to Dismiss (filed by Sahelian Law Offices): *Rutherford v. Younan*, Case Number: 5:20-cv-01204-MWF-SP, United States District Court, Central District of California, The Honorable Michael W. Fitzgerald

EXHIBIT G: Order to Show Cause Against the Manning Firm for Failure to File an Opposition to a Motion to Dismiss: *Bouyer v. Lavi* , Case Number: 2:20-cv-04764-SB-AS, United States District Court, Central District of California,

The Honorable Stanley Blumenfeld Jr.

EXHIBIT H: Ruling on Motion to Dismiss (Filed by Defendants represented by Sahelian Law Offices), Motion Granted: *Whitaker v. Shoe Care, Inc.* et al, Case Number: 2:19-cv-06089-AB-AFM, United States District Court, Central District of California, The Honorable Andre Birotte Jr.

EXHIBIT I: Ruling on Motion to Dismiss (Filed by Defendants represented by Sahelian Law Offices), Motion Granted: *Whitaker v. MGR Properties, LLC*, Case Number: 2:19-cv-05646-FMO-GJS, United States District Court, Central District of California, The Honorable Fernando M. Olguin

EXHIBIT J: Ruling on Motion to Dismiss (against Plaintiff Rutherford represented by the Manning Firm) Case Dismissed: *Rutherford v. Evans Hotels, LLC*, 2020 U.S. Dist. LEXIS 161565 (S. D. Cal. September 3, 2020)

Respectfully submitted:

Monday, January 25, 2021

Ara Sahelian, Esq.

SAHELIAN LAW OFFICE